UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ORLANDO JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>TORRES, *et al.*,<br><br>        Defendants. | Case No.: 1:22-cv-01457-JLT-BAM (PC)<br><br>ORDER THAT INMATE JACK ORLANDO JOHNSON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Jack Orlando Johnson is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on July 25, 2023. Inmate Jack Orlando Johnson, CDCR #H-84530, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __July 25, 2023__

UNITED STATES MAGISTRATE JUDGE