1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9 | JACK ORLANDO JOHNSON,

Case No.  1:22-cv-01457-JLT-BAM (PC)

10 |                   Plaintiff,

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION

11 |    v.

FOR COPY OF STIPULATION
(ECF No. 33)

12 | TORRES,

ORDER DIRECTING CLERK OF COURT TO

13 |                   Defendant.

RE-SERVE MINUTES FOR JULY 25, 2023 SETTLEMENT CONFERENCE

14 | (ECF No. 30)

15

16       Plaintiff Jack Orlando Johnson ("Plaintiff") is a state prisoner who proceeded *pro se* and

17 *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

18       On July 25, 2023, a settlement conference was held and the parties reached a settlement

19 agreement.  (ECF No. 30.)  The settlement terms were placed on the record at the end of the

20 settlement conference.  (*Id.*)  On August 2, 2023, a stipulation for voluntary dismissal of this

21 action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed and

22 dated by Plaintiff and counsel for Defendant, was filed with the Court.  (ECF No. 31.)  Pursuant

23 to that stipulation, the action was terminated by operation of law without further order of the

24 Court, and the case was closed.  (ECF No. 32.)

25       Currently before the Court is Plaintiff's motion for a copy of the stipulation, filed August

26 14, 2023.  (ECF No. 33.)  Plaintiff states that he is allowed one free copy of the proceeding of the

27 July 25, 2023, 9:30 a.m. settlement conference.  Plaintiff states that he never received his copy

28 and is requesting some kind of minutes in regards to the settlement conference.  (*Id.*)

1    Although Defendant has not had an opportunity to respond to Plaintiff's motion, the Court

2   finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

3          Plaintiff is informed that the minutes entered for the July 25, 2023 settlement conference

4   were served on him by mail on July 25, 2023.  (ECF No. 30.)  As it appears Plaintiff did not

5   receive those minutes, the Court will direct the Clerk of the Court to re-serve that document.

6          However, if Plaintiff is requesting a transcript of the actual settlement conference

7   proceedings, Plaintiff is informed that as far as the Court is aware, the settlement discussions

8   were not recorded, and no transcript exists for those discussions.  If Plaintiff wishes to order a

9   transcript of the settlement terms that were placed on the record at the end of the settlement

10  conference, he may submit a Transcript Order Form (CAED 435) and is required to pay any

11  necessary fees for preparation of that transcript, even though he is proceeding *in forma pauperis*

12  in this action.

13         If Plaintiff is seeking a written copy of the settlement terms as prepared by Defendant,

14  Plaintiff should contact defense counsel.  The Court is not in possession of those documents.

15         Accordingly, IT IS HEREBY ORDERED as follows:

16  1.  Plaintiff's motion for copy of stipulation, (ECF No. 33), is GRANTED IN PART and

17      DENIED IN PART, as discussed above;

18  2.  The Clerk of the Court is DIRECTED to serve on Plaintiff:

19      a.  A copy of the minutes for the July 25, 2023 settlement conference, (ECF No. 30);

20          and

21      b.  A Transcript Order Form, including instructions (CAED 435); and

22  3.  This action remains closed.

23

IT IS SO ORDERED.
24

25  Dated:   **August 22, 2023**              /s/ *Barbara A. McAuliffe*

26                                           UNITED STATES MAGISTRATE JUDGE

27

28